**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JOSE LUIS BATISTA, *individually and on behalf of others similarly situated*

        Plaintiff,

        v.

HEMPSTEAD POULTRY LLC, HAELL "DOE" and SALAM "DOE"

        Defendants.

2:22-cv-01558-GRB-ST Batista v. Hempstead Poultry, LLC et al

**[PROPOSED] DEFAULT JUDGMENT**

---

This action having been commenced on March 22, 2022, by the filing of the Summons and Complaint. Defendants HEMPSTEAD POULTRY LLC, HAELL "DOE" and SALAM "DOE", having not answered, it is.

ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff JOSE BATISTA has a judgment against Defendants HEMPSTEAD POULTRY LLC, HAELL "DOE" and SALAM "DOE", jointly and severally, for unpaid wages in the amount of $59,745.00, New York State Liquidated damages in the amount of $59,745.00, for a total of $119,490.00.

Dated: New York, New York

 

_____      _____

                                                                       United States District Judge

                                                                          _____